MICHAEL J. HEYMAN
United States Attorney

AINSLEY MCNERNEY
Assistant U.S. Attorney
KARLA G. PERRIN
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Ainsley.McNerney1@usdoj.gov
　　　　Perrin.Karla@epa.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>JASON CHRISTENSON,<br><br>　　　　　　　　Defendant. | No.  3:25-cr-00030-SLG-MMS<br><br>COUNT 1:<br>TAMPERING WITH CLEAN AIR ACT MONITORING DEVICE<br>　Vio. of 42 U.S.C. § 7413(c)(2)(C)<br><br>COUNT 2:<br>CLEAN AIR ACT FALSE STATEMENTS<br>　Vio. of 42 U.S.C. § 7413(c)(2)(A) |

I N F O R M A T I O N

The United States Attorney charges that:

COUNT 1

From in or about October 2019 and continuing until in or about March 2024, within the District of Alaska, the defendant, JASON CHRISTENSON, did knowingly falsify,

tamper with, render inaccurate, and fail to install, monitoring devices and methods required to be maintained under the Clean Air Act, that is, when removing or altering the emissions control equipment on approximately 170 diesel trucks, CHRISTENSON modified the on-board diagnostic (OBD) systems on the trucks to prevent the OBDs from detecting the removal of such control equipment.

All of which is in violation 42 U.S.C. § 7413(c)(2)(C).

## COUNT 2

On or about May 1, 2021, within the District of Alaska, the defendant, JASON CHRISTENSON, did knowingly make a false material statement, representation, or certification in a record, report, plan, or other document required to be filed or maintained under the Clean Air Act. That is, in response to an information request that the U.S. Environmental Protection Agency sent to CHRISTENSON's business, Elite Diesel and Performance, pursuant to 42 U.S.C. § 7542(a), CHRISTENSON falsely responded "no" to inquiries about the manufacture, sale, or installation of any defeat devices and signed the response indicating it was true, accurate, and complete; in truth, CHRISTENSON had sold and installed over one hundred defeat devices on diesel trucks between January 2019 and January 2021.

//
//
//
//

All of which is in violation 42 U.S.C. § 7413(c)(2)(A).

RESPECTFULLY SUBMITTED April 25, 2025, At Anchorage, Alaska.

MICHAEL J. HEYMAN
United States Attorney

s/ *Ainsley McNerney*
AINSLEY MCNERNEY
United States of America
Assistant U.S. Attorney

s/ *Karla G. Perrin*
KARLA G. PERRIN
United States of America
Special Assistant U.S. Attorney